UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

VIJU CHACKO,

        Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

        Defendant.

19 Civ. 8051 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for March 12, 2020, is ADJOURNED to **June 10, 2020**, at 11:00 a.m. By **June 3, 2020**, the parties shall file a joint status letter.

    SO ORDERED.

Dated: February 27, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge