UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

VIJU CHACKO,

Plaintiff,

-v.-

COSTCO WHOLESALE CORPORATION,

Defendant.

---------------------------------------------------------------X

ORDER
19 Civ. 8051(AT) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

For the reasons and to the extent stated today on the record, the requests for permission to depose the Costco employee (Docket # 31) and for an extension of the discovery period (Docket # 34) are granted. The following schedule shall apply.

1. All non-expert discovery shall be commenced in time to be completed by December 7, 2020.

2. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, will be made by December 7, 2020.

   The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by January 7, 2021.

3. Any request to Judge Torres for permission to file a summary judgment motions shall be filed by January 14, 2021.

SO ORDERED.

Dated: October 28, 2020
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge