USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_12/4/2020\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIJU CHACKO,

                Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

                Defendant.

19 Civ. 8051 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Honorable Gabriel W. Gorenstein's order extending the time to complete discovery, ECF No. 41, the case management conference scheduled for January 11, 2021, is ADJOURNED to **March 11, 2021**, at **11:20 a.m.** The conference will proceed telephonically. The parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **March 4, 2021**, the parties shall submit a joint status report.

    SO ORDERED.

Dated: December 4, 2020
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge