UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VIJU CHACKO,                                          :

                Plaintiff,     :      ORDER

                -v.-              :
                                        19 Civ. 8051 (GWG)
COSTCO WHOLESALE CORPORATION,     :

                Defendant.    :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The parties would have saved the Court some trouble if they had made their requests for permission to file summary judgment motions by the deadline in Docket # 41. Notwithstanding the fact that the requests are untimely, the Court will waive its premotion conference requirement as to the two belated requests (Docket ## 46 and 47). The deadline to submit the pretrial order materials (set forth in Docket # 45) is adjourned <u>sine</u> <u>die</u>. The proposed motions shall be filed by March 29, 2021 and shall comply with paragraphs 2.B through 2.G of the Court's Individual Practices. Thus, the briefing schedule shall be in accordance with paragraph 2.B of the Court's Individual Practices.

      SO ORDERED

Dated: March 15, 2021
       New York, New York

                                                                 GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge