

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700  F 212.262.0050

**Samuel P. Quatromoni**
Associate
Direct Dial 212.307.3705
Squatromoni@connellfoley.com

March 16, 2021

**VIA ELECTRONIC FILING**                **MEMORANDUM ENDORSEMENT**

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    **Viju Chacko v. Costco Wholesale Corporation**
             **Case No.: 19-CV-8051(GWG)**

Dear Judge Gorenstein:

    This firm represents defendant/third-party plaintiff, Costco Wholesale Corporation ("Costco"), in the above-referenced matter. Pursuant to Your Honor's Individual Practices and the Order, dated March 15, 2021, we write to request an extension of the March 29, 2021, deadline to file motions for summary judgment. The request for an extension is submitted because the parties are working to schedule a private mediation for a date in mid to late-April. We had intended to advise Your Honor of the likely mediation at the Pre-Motion Conference.

### 1) Dates Sought to Be Extended

|  | *Current Deadline* | *Proposed Extended Deadline* |
|---|---|---|
| Deadline to File Summary Judgment Motions | March 29, 2021 | April 28, 2021 |

### 2) Number of Previous Requests

    The parties have not previously requested an extension of Your Honor's deadline to file summary judgment motions.

5710839-1

### 3) Reason for Extension

As stated above, the parties are working to privately mediate the case with National Arbitration and Mediation in mid to late-April. In connection with this, Costco and third-party defendant, Curti's Landscaping Inc. are negotiating a potential agreed-to liability split in advance of mediation. We request an extension of the motion deadline to allow the mediation to proceed and in order to preserve judicial resources until a point where it appears the case will not resolve and will proceed to motions and trial.

### 4) Positions of the Parties

The parties agree to this joint request for an extension.

Respectfully Submitted,

*Samuel P. Quatromoni*

Raphaelson & Levine Law Firm, P.C.

*Jared C. Glugeth*
14 Penn Plaza, Suite 1718
New York, New York 10122
Attorneys for Plaintiff

Lester Schwab Katz & Dwyer, LLP

*Cristen R. Sommers*
100 Wall Street
New York, New York 10005
Attorneys for Third-Party Defendant
Curti's Landscaping, Inc.

**Extension to April 28, 2021, granted.**

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 16, 2021

5710839-1