

14 Penn Plaza • Suite 1718 • New York, NY 10122 • 212.268.3222 • 800.529.7967
Fax: 212.268.3313 • 212.695.9050 • www.rllawyers.com

January 11, 2022

**VIA ECF**
Magistrate Judge Gabriel W. Gorenstein
United States District Court                           **MEMORANDUM ENDORSED**
Southern District of New York
40 Foley Square
New York, NY 10007

          RE:    <u>Viju Chacko v. Costco Wholesale Corporation</u>
                 Docket No.: 1:19-cv-08051-GWG

Dear Judge Gorenstein:

     This office represents the Plaintiff, Viju Chacko, in the above captioned matter. This letter is submitted jointly with counsel for the defendant. The parties respectfully request a short two-week extension of the filing of the Joint Pretrial Order from January 28, 2022 to February 11, 2022. This the third request for an extension of time to file the Joint Pretrial Order.

     I am requesting the extension of time as I am now handling this matter in lieu of the previous handling associate, Jared Glugeth, Esq. I have filed my Notice of Appearance on January 5, 2022, and still getting up to speed with this matter. We have received consent from our adversary to request the extension of time.

     Thank you for your attention and consideration of this request.

                                        Very Truly Yours,

                                        _____
                                        Frank M. Rizzo, Esq.
                                        **RAPHAELSON & LEVINE LAW FIRM, P.C.**

CC:
**CONNELL FOLEY LLP (via ECF)**
Samuel P. Quatromoni, Esq.

PARTNERS  *Howard A. Raphaelson* • *Andrew J. Levine*
ATTORNEYS AT LAW  *Dario A. Martinez* • *Steven Gershowitz* • *Jared C. Glugeth* • *Steven C. November*
*Jason S. Krakower* • *Benjamin Katz* • *Joseph M. Taylor* • *Corey T. Flick* • *Jose A. Soriano* • *Jared B. Dubin*

Extension to February 11, 2022, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

January 12, 2022