UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VIJU CHACKO                                           :

                                                                :   <u>ORDER</u>
                      Plaintiff,

                                                               :   19 Civ. 8051 (GWG)
   -v.-
                                                               :

COSTCO WHOLESALE CORPORATION         :

                                                               :
                    Defendant.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Opposition to any motion in limine shall be filed by June 1, 2022. Any reply shall be filed by June 8, 2022.

     SO ORDERED.

Dated: May 26, 2022
       New York, New York

                                                   _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge