UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VIJU CHACKO                                         :

                                                   :   ORDER OF DISCONTINUANCE
             Plaintiff,                       19 Civ. 8051 (GWG)
                                                    :

  -v.-
                                                    :

                                                    :
COSTCO WHOLESALE CORPORATION,
                                                    :

             Defendant.                       :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     On February 22, 2021, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). By letter dated June 7, 2022, the parties have reported to the Court that they have reached a settlement of this matter.

     Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires seeking to re-open this matter. Any application to reopen filed thereafter may be denied solely for failure to meet the 30-day deadline.

     Any pending motions are moot. The Clerk is requested to close the case.

     SO ORDERED.

Dated: June 7, 2022
       New York, New York

                                                                           GABRIEL W. GORENSTEIN
                                                                            United States Magistrate Judge